IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                      4:00CR00016-01-BRW

ROY LYNN SUTHERLAND

## ORDER

Pending is Defendant's *pro se* Motion for Early Termination of Supervised Release (Doc No. 90). After a review of the Motion, and there being no objection from the Government or the United States Probation Office, the Court finds that the Motion should be, and hereby is GRANTED and the Defendant is released from further supervision.

IT IS SO ORDERED this 18th of November, 2011.

                                                        /s/Billy Roy Wilson
                                       UNITED STATES DISTRICT JUDGE